IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DEBBIE HELMS                                                                                         PLAINTIFF

      v.      Civil No. 04-6094

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## JUDGMENT

Comes now the Court on this 22nd day of August, 2005, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of the Social Security Administration is affirmed and the plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED.

                 /s/ Bobby E. Shepherd
                HONORABLE BOBBY E. SHEPHERD
                UNITED STATES MAGISTRATE JUDGE